UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br> Defendants. | C20-104 TSZ <br><br> MINUTE ORDER |
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY SURETY COMPANY, et al., <br> Defendants. | C20-365 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed the Joint Status Report, docket no. 14, filed in **Case No. C20-365** and the allegations in the pleadings filed in both cases, **Case No. C20-104** (docket nos. 1, 10, & 11) and **Case No. C20-365** (docket nos. 11, 13, & 15). Although the Court does not conclude that the cases should be consolidated at this time, the parties in both cases, **Case No. C20-104** and **Case No. C20-365**, are DIRECTED to

MINUTE ORDER - 1

conduct a conference pursuant to Federal Rule of Civil Procedure 26(f) and to submit a Combined Joint Status Report and Discovery Plan to determine: (i) whether the parties should serve a notice of deposition for each shared witness; (ii) whether discovery may be used in both cases; and (iii) other methods to avoid duplicative discovery.

(2)  The Combined Joint Status Report and Discovery Plan shall be FILED on or before noon on Thursday, October 15, 2020.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2