UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br> Defendants. | C20-104 TSZ <br><br> MINUTE ORDER |
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY SURETY COMPANY, et al., <br> Defendants. | C20-365 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) **Case Nos. C20-104** and **C20-365**, are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs and other papers shall be filed only in **Case No. C20-104**, and the caption for that case shall be AMENDED to add all Defendants.

MINUTE ORDER - 1

Case 2:20-cv-00104-TSZ   Document 23   Filed 11/23/20   Page 2 of 2

(2) The Clerk is directed to CLOSE **Case No. C20-365** and to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2