UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., | |
| Plaintiffs, | |
| v. | C20-104 TSZ |
| ALLSTATE INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, CENTURY SURETY COMPANY, and DOE INSURANCE COMPANIES 1–10, | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having granted the Parties' Stipulation for Consolidation of Related Actions, docket no. 22 in **Case No. C20-104** and docket no. 21 in former **Case No. C20-365**, the parties' stipulated request for an amended order setting the trial date and related dates is GRANTED. The Court issues the following amended schedule:

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | **October 12, 2021** |
| Defendant Century Surety Company's Amended Pleadings due by | | March 23, 2021 |
| Defendant Century Surety Company's Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | | March 23, 2021 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Motions due by | | May 13, 2021 |
| Discovery completed by | | June 22, 2021 |
| Dispositive Motions due by   and noted on the motions calendar no later   than the fourth Friday thereafter (see LCR 7(d)) | | July 22, 2021 |
| Motions related to expert witnesses (e.g., Daubert motion) due by   and noted on the motions calendar no later   than the third Friday thereafter (see LCR 7(d)) | | July 29, 2021 |
| Motions in Limine due by   and noted on the motions calendar no later   than the Friday before the Pretrial Conference   (see LCR 7(d)(4)) | | September 9, 2021 |
| Pretrial Order due[1] by | | September 24, 2021 |
| Trial Briefs to be submitted by | | September 24, 2021 |
| Proposed Voir Dire/Jury Instructions due by | | September 24, 2021 |
| Pretrial Conference set for | **1:30 PM on** | **October 1, 2021** |

     Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

     The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on April 1, 2020, docket no. 15.

MINUTE ORDER - 2

numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 15, including the deadlines for joining additional parties and amending pleadings, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2020.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk