JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al. <br><br> Defendants. | NO. 2:20-cv-00104-TSZ <br><br> STIPULATION AND ORDER FOR CLARIFICATION OF THE COURT'S MINUTE ORDER [DKT. #24] |

### I.     STIPULATION

Plaintiffs Queen Anne North Homeowners Association, Ruth Christiansen, Benjamin Ober, and Jay Kalia (collectively the "Association") and Allstate Insurance Company ("Allstate"), Westchester Surplus Lines Insurance Company ("Westchester"), and Century Surety Company ("Century") (collectively the "Defendants") (the Association, Allstate, Westchester, and Century are hereinafter collectively referred to as the "Parties") hereby stipulate as follows:

1.     The Parties filed a Stipulated Motion and Proposed Order for Consolidation of Related Actions under Fed. R. Civ. P. 42(a)(2) ("Stipulated Motion for Consolidation") with the Court on November 20, 2020. (Dkt. #22).

2. As part of the Stipulated Motion for Consolidation, the Association and Defendants Allstate, Westchester, and Century agreed that the case schedule for *Queen Anne North Homeowners Association, et al. v. Century Surety Company*, Western District of Washington Cause No. 2:20-cv-00365-TSZ, should govern the consolidated lawsuit.

3. The parties further stipulated that "deadlines that have already passed in the *Queen Anne North Homeowners Association, et al. v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:20-cv-00104-TSZ matter shall not be revived for Allstate or Westchester." The purpose of this stipulation was to make clear to the Court that the Expert Disclosure and Amended Pleadings Deadlines for the Association's lawsuit against Allstate and Westchester, which had already expired as of October 26, 2020, would not be revived. The parties intended to preserve the Expert Disclosure and Amended Pleadings deadlines for the Association's lawsuit against Century as these deadlines did not expire until March 23, 2021.

4. The Court's Minute Order (Dkt. #24), which set forth an amended case schedule, states that "Defendant Century Surety Company's Amended Pleadings [are] due by 3/23/2021, Defendant Century Surety Company's Expert Witness Disclosure/Reports under FRCP 26(a)(2) [are] due by 3/23/2021," but is silent as to the Association's deadline to file Amended Pleadings and disclose and exchange Expert Witness Disclosures/Reports with respect to the Association's lawsuit against Century.

5. It was the Parties' intent that all Court deadlines set forth in the case schedule in the lawsuit against Century, *Queen Anne North Homeowners Association, et al. v. Century Surety Company*, Western District of Washington Cause No. 2:20-cv-00365-TSZ, remain unchanged as to both the Association and Century.

6. Therefore, the Parties agree that the Association's deadline to Amend Pleadings and Exchange Expert Witness Disclosures/Reports as to the Association's action against Century shall remain March 23, 2021.

DATED  12/3/2020     By */s/ Jessica R. Burns*
Jerry Stein, WSBA #27721
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
Stein, Sudweeks & Stein, PLLC
2701 1st Avenue, Suite 430
Seattle, WA 98121
Attorneys for Plaintiffs

DATED  12/3/2020     By */s/ Richard G. Gawlowski*
Alfred E. Donohue, WSBA #32774
Brian Buron, WSBA #27206
Richard G. Gawlowski, WSBA #19713
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Attorneys for Defendant Allstate Insurance Company

DATED  12/3/2020     By */s/ William F. Knowles*
William F. Knowles, WSBA #17212
Peter Berg, WSBA #46757
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
Attorneys for Westchester Surplus Lines Insurance Company

DATED 12/3/2020     By */s/ Miles J. M. Stewart*
Eliot M. Harris, WSBA #36590
Miles J. M. Stewart, WSBA #46067
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600
Attorneys for Century Surety Company

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

That the case schedule in this matter (Dkt. #24) shall be amended as follows:

(1) The Association and Century's Amended Pleadings are due by March 23, 2021; and

(2) The Association and Century's Expert Witness Disclosure/Reports under FRCP 26(a)(2) are due by March 23, 2021.

The Association may only amend pleadings and disclose and exchange expert witness disclosures/reports under Fed. R. Civ. P. 26(a)(2) as to its lawsuit against Century. All other deadlines in the case schedule (Dkt. #24) shall remain unchanged.

IT IS SO ORDERED.

Dated this __4th__ day of December, 2020.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge