UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | C20-104 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved as between all Plaintiffs and Defendant Westchester Surplus Lines Insurance Company ("Westchester"), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that Plaintiffs' claims against Defendant Westchester are DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 11th day of January, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 1