UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUEEN ANNE NORTH
HOMEOWNERS ASSOCIATION, et
al.,

                  Plaintiffs,

    v.

ALLSTATE INSURANCE
COMPANY; WESTCHESTER
SURPLUS LINES INSURANCE
COMPANY; CENTURY SURETY
COMPANY; and DOE INSURANCE
COMPANIES 1–10,

                 Defendants.

C20-104 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiffs' unopposed motion to allow Plaintiff leave to file a Second Amended Complaint against Defendant Century Surety Company, docket no. 30, is GRANTED.  Plaintiffs shall electronically file the Second Amended Complaint, attached as Exhibit A to the motion (docket no. 30-1), via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1