UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, a Washington association; RUTH CHRISTIANSEN, a member of the Queen Anne North Homeowners Association Board of Directors; JAY KALIA, a member of the Queen Anne North Homeowners Association Board of Directors; and BENJAMIN OBER, a member of the Queen Anne North Homeowners Association Board of Directors,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation; CENTURY SURETY COMPANY, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:20-cv-00104-TSZ<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims brought

STIPULATED MOTION AND ORDER OF
DISMISSAL OF DEFENDANT ALLSTATE
INSURANCE COMPANY
(Cause No. 2:20-cv-00104-TSZ) – 1



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

against Defendant Allstate Insurance Company by Plaintiffs Queen Anne North Homeowners Association, Ruth Christiansen, Jay Kalia, and Benjamin Ober, be dismissed with prejudice and without costs.  All other claims against all other Defendants remain unchanged.

DATED this 10th day of May, 2021.

By  *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate Insurance Company

DATED this 10th day of May, 2021.

By  *s/Justin D. Sudweeks*
By  *s/Jerry H. Stein*
By  *s/Daniel J. Stein*
By  *s/Jessica R. Burns*
Justin D. Sudweeks, WSBA No. 28755
Jerry H. Stein, WSBA No. 27721
Daniel J. Stein, WSBA No. 48739
Jessica R. Burns, WSBA No. 49852
STEIN, SUDWEEKS & STEIN
2701 First Avenue, Suite 430
Seattle WA 98121
Phone: 206-388-0660
Fax: 206-286-2660
Email: justin@condodefects.com
         jstein@condodefects.com
         dstein@condodefects.com
         jessica@condodefects.com
Of Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY
(Cause No. 2:20-cv-00104-TSZ) – 2



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that all claims brought against Defendant Allstate Insurance Company by Plaintiffs Queen Anne North Homeowners Association, Ruth Christiansen, Jay Kalia, and Benjamin Ober, be dismissed with prejudice and without costs. All other claims against all other Defendants remain unchanged.

DATED this 12th day of May, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

By  *s/Alfred E. Donohue*
 Alfred E. Donohue, WSBA No. 32774
 WILSON SMITH COCHRAN DICKERSON
 901 Fifth Avenue, Suite 1700
 Seattle, WA 98164
 Phone: 206-623-4100
 Fax: 206-623-9273
 Email: donohue@wscd.com
 Of Attorneys for Defendant Allstate Insurance Company

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY
(Cause No. 2:20-cv-00104-TSZ) – 3

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Approved as to form; notice of presentation waived:

By  *s/Justin D. Sudweeks*  
By  *s/Jerry H. Stein*  
By  *s/Daniel J. Stein*  
By  *s/Jessica R. Burns*  
      Justin D. Sudweeks, WSBA No. 28755  
      Jerry H. Stein, WSBA No. 27721  
      Daniel J. Stein, WSBA No. 48739  
      Jessica R. Burns, WSBA No. 49852  
      STEIN, SUDWEEKS & STEIN  
      2701 First Avenue, Suite 430  
      Seattle WA 98121  
      Phone: 206-388-0660  
      Fax: 206-286-2660  
      Email: justin@condodefects.com  
      jstein@condodefects.com  
      dstein@condodefects.com  
      jessica@condodefects.com  
      Of Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY
(Cause No. 2:20-cv-00104-TSZ) – 4

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273